UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE BEAL<br>ON BEHALF OF M.G. | CIVIL ACTION |
| VERSUS | NO. 14-2728 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER<br>OF SOCIAL SECURITY ADMINISTRATION | SECTION "I" (2) |

## **ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Nicole Beal, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, **IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of November, 2015.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE